**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-45712-ERW |
| | § | |
| EDITA SADURAL ANGARA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 South Dearborn Street, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 03/14/2012, in Courtroom 744, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  02/20/2012          By:  /s/ David P. Leibowitz
                                       (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § Case No. 10-45712-ERW
§
EDITA SADURAL ANGARA §
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $5,065.05
*and approved disbursements of* $1,129.82
*leaving a balance on hand of[1]:* $3,935.23

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $3,935.23

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $985.26 | $0.00 | $985.26 |
| David P. Leibowitz, Trustee Expenses | $11.24 | $0.00 | $11.24 |

Total to be paid for chapter 7 administrative expenses: $996.50
Remaining balance: $2,938.73

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|                          |              |
|--------------------------|-------------:|
| Remaining balance:       | $2,938.73    |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|                                       |              |
|---------------------------------------|-------------:|
| Total to be paid to priority claims:  | $0.00        |
| Remaining balance:                    | $2,938.73    |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $17,432.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for Wfnnb As Assignee of for Victoria Secret | $716.31 | $0.00 | $120.75 |
| 2 | Chase Bank USA, N.A. | $2,657.06 | $0.00 | $447.91 |
| 3 | Chase Bank USA,N.A | $3,064.76 | $0.00 | $516.64 |
| 4 | American InfoSource LP as agent for American Honda Finance | $7,282.62 | $0.00 | $1,227.66 |
| 5 | FIA Card Services, NA/Bank of America | $1,685.94 | $0.00 | $284.21 |
| 6 | PYOD LLC its successors and assigns as assignee of Citibank, NA | $2,026.14 | $0.00 | $341.56 |

|                                                          |           |
|----------------------------------------------------------|----------:|
| Total to be paid to timely general unsecured claims:     | $2,938.73 |
| Remaining balance:                                       | $0.00     |

Tardily filed claims of general (unsecured) creditors totaling $25,082.26 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed

**UST-Form 101-7-NFR (5/1/2011)**

general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 7 | Navy Federal Credit Union | $15,421.24 | $0.00 | $0.00 |
| 8 | Navy Federal Credit Union | $9,661.02 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

```
                        United States Bankruptcy Court
                        Northern District of Illinois
In re:                                                          Case No. 10-45712-ERW
Edita Sadural Angara                                            Chapter 7
      Debtor                 CERTIFICATE OF NOTICE
District/off: 0752-1         User: esullivan            Page 1 of 3          Date Rcvd: Feb 21, 2012
                             Form ID: pdf006            Total Noticed: 16
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 23, 2012.
```
db           #+Edita Sadural Angara,    170 King Lane,    Des Plaines, IL 60016-5904
16266950      +Chase,    PO Box 15548,    Wilmington, DE 19886-5548
16564807       Chase Bank USA, N.A.,     PO Box 15145,    Wilmington, DE 19850-5145
16674931      +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
16266951      +Citi Cards,    PO Box 6000,    The Lakes, NV 89163-0001
16266952     ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,    RAPID CITY SD 57709-6154
              (address filed with court: Green Tree Servicing,     P.O. Box 94710,    Palatine, IL 60094-4710)
16266954      +Navy Federal Credit Union,     PO Box 23800,    Merrifield, VA 22119-2380
16266957      +WFNNB- Victoria's Secret,     PO Box 659728,    San Antonio, TX 78265-9728
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16266948       E-mail/Text: ebnbankruptcy@ahm.honda.com Feb 22 2012 06:21:02     American Honda Finance Corp.,
                P.O. BOX 5308,    Elgin, IL 60121-5308
16850060       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 22 2012 06:47:58
                American InfoSource LP as agent for,    American Honda Finance,    PO Box 248838,
                Oklahoma City, OK 73124-8838
16530809       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 22 2012 06:47:58
                American Infosource Lp As Agent for Wfnnb,    As Assignee of,    Victoria's Secret,
                PO Box 248872,    Oklahoma City, OK 73124-8872
16922822       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 22 2012 06:47:58
                FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,    PO Box 248809,
                Oklahoma City, OK 73124-8809
16266953      +E-mail/PDF: cr-bankruptcy@kohls.com Feb 22 2012 07:07:47     Kohl's,    PO Box 2983,
                Milwaukee, WI 53201-2983
16266955      +E-mail/Text: ext_ebn_inbox@navyfederal.org Feb 22 2012 06:19:17      Navy Federal Credit Union,
                PO Box 3000,    Merrifield, VA 22119-3000
16266956      +E-mail/Text: ext_ebn_inbox@navyfederal.org Feb 22 2012 06:19:17      Navy Federal Credit Union,
                PO Box 3501,    Merrifield, VA 22119-3501
16926274      +E-mail/Text: resurgentbknotifications@resurgent.com Feb 22 2012 06:18:48
                PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
                c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16266949     ##Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: esullivan             Page 2 of 3                Date Rcvd: Feb 21, 2012
                              Form ID: pdf006             Total Noticed: 16
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 23, 2012**                             **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: esullivan            Page 3 of 3              Date Rcvd: Feb 21, 2012
                              Form ID: pdf006            Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2012 at the address(es) listed below:
          Andrew E Houha    on behalf of Creditor   Green Tree Servicing LLC andrew@johnsonblumberg.com,
           rocio@johnsonblumberg.com
          David P Leibowitz    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Monette W Cope    on behalf of Creditor   American Honda Finance ecfnil@weltman.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          William R Teitelbaum    on behalf of Debtor Edita Angara lawbrt@aol.com
                                                                                                  TOTAL: 5