**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-45712-ERW |
| | § | |
| EDITA SADURAL ANGARA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $266,255.00 | Assets Exempt: | $22,000.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $2,938.73 | Claims Discharged Without Payment: | $42,561.36 |
| Total Expenses of Administration: | $1,002.30 | | |

3) Total gross receipts of $5,065.05 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $1,124.02 (see **Exhibit 2**), yielded net receipts of $3,941.03 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $360,365.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,002.30 | $1,002.30 | $1,002.30 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $34,614.00 | $42,515.09 | $42,515.09 | $2,938.73 |
| **Total Disbursements** | $394,979.00 | $43,517.39 | $43,517.39 | $3,941.03 |

4). This case was originally filed under chapter 7 on 10/12/2010. The case was pending for 20 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/11/2012     By:  /s/ David P. Leibowitz
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Anticipated 2010 Tax Refund | 1224-000 | $5,065.05 |
| **TOTAL GROSS RECEIPTS** | | **$5,065.05** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT PAID |
|---|---|---|---|
| Edita Sadural Angara | Exemptions | 8100-002 | $1,124.02 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,124.02** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Honda Finance Corp. | 4110-000 | $22,511.00 | NA | $0.00 | $0.00 |
| | Green Tree Servicing | 4110-000 | $281,029.00 | NA | $0.00 | $0.00 |
| | Navy Federal Credit Union | 4110-000 | $56,825.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$360,365.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $985.26 | $985.26 | $985.26 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $11.24 | $11.24 | $11.24 |
| Green Bank | 2600-000 | NA | $5.80 | $5.80 | $5.80 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,002.30 | $1,002.30 | $1,002.30 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for Wfnnb As Assignee of for Victoria Secret | 7100-900 | $709.00 | $716.31 | $716.31 | $120.75 |
| 2 | Chase Bank USA, N.A. | 7100-900 | $2,482.00 | $2,657.06 | $2,657.06 | $447.91 |
| 3 | Chase Bank USA,N.A | 7100-900 | NA | $3,064.76 | $3,064.76 | $516.64 |
| 4 | American InfoSource LP as agent for American Honda Finance | 7100-000 | NA | $7,282.62 | $7,282.62 | $1,227.66 |
| 5 | FIA Card Services, NA/Bank of America | 7100-900 | $1,686.00 | $1,685.94 | $1,685.94 | $284.21 |
| 6 | PYOD LLC its successors and assigns as assignee of Citibank, NA | 7100-900 | $2,026.00 | $2,026.14 | $2,026.14 | $341.56 |
| 7 | Navy Federal Credit Union | 7200-000 | $15,177.00 | $15,421.24 | $15,421.24 | $0.00 |
| 8 | Navy Federal Credit Union | 7200-000 | $9,549.00 | $9,661.02 | $9,661.02 | $0.00 |
|  | Kohl's | 7100-000 | $2,985.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $34,614.00 | $42,515.09 | $42,515.09 | $2,938.73 |

FORM 1

Page No: 1

Case 10-45712    Doc 33    Filed 06/19/12    Entered 06/19/12 09:29:33    Desc Main

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

Document    Page 5 of 7

Exhibit 8

ASSET CASES

| Case No.: | 10-45712-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ANGARA, EDITA SADURAL | Date Filed (f) or Converted (c): | 10/12/2010 (f) |
| For the Period Ending: | 6/11/2012 | §341(a) Meeting Date: | 12/06/2010 |
| | | Claims Bar Date: | 03/09/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  single family home Location: 170 King Lane, Des Plaines, IL 60016 | $251,000.00 | $0.00 | DA | $0.00 | FA |
| 2  cash on hand | $38.00 | $38.00 | DA | $0.00 | FA |
| 3  Bank Account: Checking Account Location: Harris Bank Mt. Prospect, IL | $112.00 | $112.00 | DA | $0.00 | FA |
| 4  Bank Account: Savings Account Location: Navy Federal Credit Union, PO Box 3100 Merrifield, VA 22119-3100 | $27.00 | $27.00 | DA | $0.00 | FA |
| 5  household goods and furnishings- 2 couches, 2 lamps, 1 queen mattress, 1 dining table & 4 chairs and TV | $600.00 | $600.00 | DA | $0.00 | FA |
| 6  necessary wearing apparel | $600.00 | $0.00 | DA | $0.00 | FA |
| 7  Retirement: Pension Location: ING | $13,378.00 | $13,378.00 | DA | $0.00 | FA |
| 8  2010 Honda Civic LX | $16,000.00 | $0.00 | DA | $0.00 | FA |
| 9  2002 Toyota Rav4 | $6,500.00 | $100.00 | DA | $0.00 | FA |
| 10  Anticipated 2010 Tax Refund (u) | Unknown | $5,065.05 | DA | $5,065.05 | FA |

**TOTALS (Excluding unknown value)**

**Gross Value of Remaining Assets**

| | $288,255.00 | $19,320.05 | | $5,065.05 | $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

Anticipated 2010 Tax Refund

TFR completed for trustee's review.

| **Initial Projected Date Of Final Report (TFR):** | 05/01/2012 | /s/ DAVID LEIBOWITZ |
|---|---|---|
| **Current Projected Date Of Final Report (TFR):** | 05/01/2012 | DAVID LEIBOWITZ |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-45712-ERW | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | ANGARA, EDITA SADURAL | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******2047 | | Checking Acct #: | ******1201 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/12/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/11/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/07/2011 | (10) | United States Treasury | | 1224-000 | $5,065.05 | | $5,065.05 |
| 11/22/2011 | 1001 | Edita Sadural Angara | Entitled portion of tax refund. | 8100-002 | | $1,124.02 | $3,941.03 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $5.80 | $3,935.23 |
| 03/15/2012 | 1002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $11.24 | $3,923.99 |
| 03/15/2012 | 1003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $985.26 | $2,938.73 |
| 03/15/2012 | 1004 | American Infosource Lp As Agent for Wfnnb As | Claim #: 1; Amount Claimed: 716.31; Amount Allowed: 716.31; Distribution Dividend: 16.86; | 7100-900 | | $120.75 | $2,817.98 |
| 03/15/2012 | 1005 | Chase Bank USA, N.A. | Claim #: 2; Amount Claimed: 2,657.06; Amount Allowed: 2,657.06; Distribution Dividend: 16.86; | 7100-900 | | $447.91 | $2,370.07 |
| 03/15/2012 | 1006 | Chase Bank USA,N.A | Claim #: 3; Amount Claimed: 3,064.76; Amount Allowed: 3,064.76; Distribution Dividend: 16.86; | 7100-900 | | $516.64 | $1,853.43 |
| 03/15/2012 | 1007 | American InfoSource LP as agent for American Honda | Claim #: 4; Amount Claimed: 7,282.62; Amount Allowed: 7,282.62; Distribution Dividend: 16.86; | 7100-000 | | $1,227.66 | $625.77 |
| 03/15/2012 | 1008 | FIA Card Services, NA/Bank of America | Claim #: 5; Amount Claimed: 1,685.94; Amount Allowed: 1,685.94; Distribution Dividend: 16.86; | 7100-900 | | $284.21 | $341.56 |
| 03/15/2012 | 1009 | PYOD LLC its successors and assigns as assignee of | Claim #: 6; Amount Claimed: 2,026.14; Amount Allowed: 2,026.14; Distribution Dividend: 16.86; | 7100-900 | | $341.56 | $0.00 |
| | | | **TOTALS:** | | $5,065.05 | $5,065.05 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $5,065.05 | $5,065.05 | |
| | | | Less: Payments to debtors | | $0.00 | $1,124.02 | |
| | | | Net | | $5,065.05 | $3,941.03 | |

| For the period of 10/12/2010 to 6/11/2012 | | For the entire history of the account between 11/07/2011 to 6/11/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,065.05 | Total Compensable Receipts: | $5,065.05 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,065.05 | Total Comp/Non Comp Receipts: | $5,065.05 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $3,941.03 | Total Compensable Disbursements: | $3,941.03 |
| Total Non-Compensable Disbursements: | $1,124.02 | Total Non-Compensable Disbursements: | $1,124.02 |
| Total Comp/Non Comp Disbursements: | $5,065.05 | Total Comp/Non Comp Disbursements: | $5,065.05 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 10-45712-ERW | |
| **Case Name:** | ANGARA, EDITA SADURAL | |
| **Primary Taxpayer ID #:** | ******2047 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 10/12/2010 | |
| **For Period Ending:** | 6/11/2012 | |

| | | |
|---|---|---|
| **Trustee Name:** | David Leibowitz | |
| **Bank Name:** | Green Bank | |
| **Checking Acct #:** | ******1201 | |
| **Account Title:** | | |
| **Blanket bond (per case limit):** | $5,000,000.00 | |
| **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $5,065.05 | $5,065.05 | $0.00 |

**For the period of 10/12/2010 to 6/11/2012**

| | |
|---|---|
| Total Compensable Receipts: | $5,065.05 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,065.05 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,941.03 |
| Total Non-Compensable Disbursements: | $1,124.02 |
| Total Comp/Non Comp Disbursements: | $5,065.05 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/12/2010 to 6/11/2012**

| | |
|---|---|
| Total Compensable Receipts: | $5,065.05 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,065.05 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,941.03 |
| Total Non-Compensable Disbursements: | $1,124.02 |
| Total Comp/Non Comp Disbursements: | $5,065.05 |
| Total Internal/Transfer Disbursements: | $0.00 |